LORAINE RICHMOND, Appellant and Respondent, *v.* JOHN R. H. RICHMOND et al., Respondents and Appellants.

*Richmond* v. *Richmond,* 123 App. Div. 117, affirmed.
(Argued October 12, 1909; decided October 26, 1909.)

CROSS-APPEALS from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 31, 1908, upon the submission of a controversy, under section 1279 of the Code of Civil Procedure, as to the ownership of an extraordinary dividend declared by a corporation, stock of which formed part of the assets of an estate in which the plaintiff and defendants were interested and in whom vested the right to purchase additional stock issued by such corporation.

*Helen Z. M. Rodgers, William L. Marcy* and *Adelbert Moot* for plaintiff, appellant and respondent.

*Louis L. Babcock* for defendants, respondents and appellants.

Judgment affirmed, without costs to either party, on opinion of SPRING, J., below.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.